UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chauncey Yarbrough,

    Petitioner,

        v.                                  Case No.   1:13cv443

Warden, Lebanon Correctional
Institution,                                Judge Michael R. Barrett

    Respondent.

## **ORDER**

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 21, 2014 (Doc. 11).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 11) of the Magistrate Judge is hereby **ADOPTED** in its entirety.   The Petition is **DISMISSED** with prejudice.

    Any request for certificate of appealability would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                                          */s/ Michael R. Barrett*
                                                          Michael R. Barrett
                                                          United States District Judge